UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDUARDO SARAVIA, | ) | Case No. CV 15-2542-PA (KK) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) | |
| W.L. MONTGOMERY, | ) ) | |
| Respondent. | ) ) ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered: (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

DATED: January 2, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE