JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO SARAVIA, | Case No. CV 15-2542-PA (KK) |
| Petitioner, | JUDGMENT |
| v. | |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED the Petition is denied and this action is dismissed with prejudice.

DATED: January 2, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE